## STATE v. SCARBOROUGH

No. 31 PC.

Case below: 20 N.C. App. 571.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


## STATE v. TYSON

No. 50 PC.

Case below: 21 N.C. App. 100.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


## THOMPSON v. WATKINS

No. 38 PC.

Case below: 20 N.C. App. 717.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1974.


## TRAVEL AGENCY v. DUNN

No. 39 PC.

Case below: 20 N.C. App. 706.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


## WATCH CO. v. BRAND DISTRIBUTORS and WATCH CO. v. MOTOR MARKET

No. 67.

Case below: 20 N.C. App. 648.

Motion of plaintiff to dismiss appeal for lack of substantial constitutional question denied 26 March 1974.